DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES WALLACE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3302

[January 2, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 03-021355CF10A.

James Wallace, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and TAYLOR, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***